```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03642
   EDDIE MCSWINE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2201


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/01/2007 and was not confirmed.

     The case was dismissed without confirmation 06/06/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
HSBC BANK USA             CURRENT MORTG          .00          .00            .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG          .00          .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE      4510.73          .00            .00
MTGLQ INVESTORS LP        CURRENT MORTG          .00          .00            .00
TOYOTA MOTOR CREDIT CORP  SECURED VEHIC     10671.00          .00            .00
MTGLQ INVESTORS LP        MORTGAGE ARRE      2659.44          .00            .00
CAPITAL ONE               UNSECURED          1800.64          .00            .00
HSBC BANK USA             SECURED NOT I          .00          .00            .00
HSBC BANK USA             NOTICE ONLY      NOT FILED          .00            .00
RMI/MCSI                  UNSECURED          1000.00          .00            .00
BUREAU OF COLLECTION REC  UNSECURED        NOT FILED          .00            .00
CREDIT COLLECTION SERVIC  UNSECURED        NOT FILED          .00            .00
MEDICAL COLLECTIONS SYS   UNSECURED        NOT FILED          .00            .00
NICOR                     UNSECURED        NOT FILED          .00            .00
PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          8782.25          .00            .00
RMI/MCSI                  UNSECURED        NOT FILED          .00            .00
SENEX SERVICES CORP       UNSECURED        NOT FILED          .00            .00
BEST SERVICE CO           UNSECURED           708.35          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          7962.58          .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00

                 PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 03642 EDDIE MCSWINE
```

```
DEBTOR REFUND                                                            .00
                                        ---------------         ---------------
TOTALS                                              .00                     .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 09/26/07                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE